923

No. 974. MITTELMAN v. UNITED STATES. C. A. 2d Cir. Certiorari denied. *O. John Rogge* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Theodore George Gilinsky* for the United States. Reported below: —— F. 2d ——.

No. 982. HERSLOFF ET AL., TRUSTEES, v. UNITED STATES. Court of Claims. Certiorari denied. *Charles E. Scribner, Herbert Plaut* and *David C. Bastian* for petitioners. *Solicitor General Cox, Assistant Attorney General Oberdorfer* and *Melva M. Graney* for the United States.

No. 994. GARFIELD TRUST Co. v. UNITED STATES. Court of Claims. Certiorari denied. *Llewellyn A. Luce* for petitioner. *Solicitor General Cox, Assistant Attorney General Douglas* and *Sherman L. Cohn* for the United States.

No. 1001. NATIONAL STARCH PRODUCTS, INC., v. UNITED STATES (INDEX INDUSTRIAL CORP., PARTY IN INTEREST). Court of Customs and Patent Appeals. Certiorari denied. *Charles M. Price* for petitioner. *Solicitor General Cox, Assistant Attorney General Douglas* and *Alan S. Rosenthal* for the United States. *Bruce E. Clubb* for Index Industrial Corp., party in interest.

No. 1036. NEALEY ET AL. v. CALIFORNIA. Appellate Department, Superior Court of California, County of Los Angeles. Certiorari denied. *Russell E. Parsons* for petitioners. *Byron B. Gentry* for respondent.